APRIL 24, 1958

Reap. Dec. 9138.—

—*Paramount Import Co., Inc.* v. *United States.* Entered at New York, N. Y.  Reap. Dec. 9061.  Motion by defendant.